UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **WALTER D. CORNWELL,** | ) | 1:07-cv-01588-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION (Doc. 9) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION |
| **CLAUDE FINN, Warden,** | ) | FOR WRIT OF HABEAS CORPUS |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK TO |
| | ) | CLOSE ACTION |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On January 4, 2008, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DISMISSED, without prejudice, for failure to exhaust the state court remedies, and the Clerk of Court be directed to enter judgment. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendation.

//

1    In accordance with the provisions of 28 U.S.C. § 636
(b)(1)(C), this Court has conducted a *de novo* review of the case.
Having carefully reviewed the entire file, the Court concludes that
the Magistrate Judge's Findings and Recommendation are supported by
the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed January 4, 2008, are ADOPTED IN FULL;
2. The instant Petition for Writ of Habeas Corpus is DISMISSED, without prejudice; and,
3. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   March 7, 2008**                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE